David Henderson
Law Offices of David Henderson
3003 Minnesota Drive, Suite 203
Anchorage, AK 99503
Phone: 907-677-1234
Fax: 888-965-9338
dh@henderson-law.com
ABA #9806014

Jim Valcarce
Valcarce Law Office
PO Box 409 – 900 3rd Ave.
Bethel AK 99559
Phone: 907-543-2744
Fax: 907-543-2746
jim@bushlawyers.com
ABA #9505011

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAYTLYND COLLINS as Personal Representative of the Estate of Paula Jean Kompkoff, and as next friend of the minor children of Paula Jean Kompkoff: M.C., M.C., A.C., and E.C., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: _____ |

# COMPLAINT

COME NOW Plaintiffs, KAYTLYND COLLINS, as Personal Representative of the Estate of PAULA JEAN KOMPKOFF and as next friend of her minor children M.C., M.C., A.C., and E.C., and for their cause of action against Defendant United States of America, allege as follows:

## Parties and Jurisdiction

1) On or about April 11, 2016, plaintiff Paula Jean Kompkoff [hereinafter "Paula"] died.

2) Paula was the natural mother of four minor children: M.C., born in 2013; M.C., born in 2013; A.C., born in 2012, and; E.C., born in 2005.

3) Paula and the minor children were/are Alaskan Natives.

4) As an Alaskan Native, Paula qualified for medical treatment at the Alaska Native Medical Center [hereinafter "ANMC"] in Anchorage, Alaska.

5) The Chugachmiut Health Clinic/Center [hereinafter "the Clinic"] is a health-care facility situated in Chenega Bay, Alaska.

6) At all times pertinent, the minor children were residents of Chenega Bay, Alaska.

7) Plaintiff Kaytlynd Collins is an adult, Paula's oldest daughter, and surviving sister of the remaining minor children.

8) Plaintiff Kaytlynd Collins possesses sufficient qualifications and interest in order to competently and zealously prosecute the instant action as next-friend of the minor children.

9) On or about September 12, 2017, plaintiff Kaytlynd Collins petitioned for an estate to be opened on Paula's behalf in the Superior Court for the State of Alaska in the Fourth Judicial District at Bethel styled *In the Matter of the Estate of Paula Jean Kompkoff*, Case No. 4BE-17-00134ES.

10) Said estate has been opened and Kaytlynd Collins has been appointed as its personal representative.

11) Kaytlynd Collins is appropriately named as a plaintiff herein, in her representative capacity.

12) This cause of action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2401, and 2671 et seq., and Alaska law.

13) At all times pertinent, Nathan Hemmer, M.D., was a licensed emergency room doctor working at ANMC in Anchorage, Alaska.

14) At all times pertinent, ANMC was an agent of the United States of America.

15) At all times pertinent, Dr. Hemmer was an employee and/or agent of the United States of America.

16) Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

17) On January 31, 2018, the claims set forth herein were received by the United States Department of Health and Human Services, Indian Health Services. The claims were not responded to within the proscribed six-month period. The six-month period expired July 31, 2018.

18) Based on the foregoing paragraphs, this Court has jurisdiction over the claims asserted herein.

## **General Allegations**

19) In the ten-week period leading up to April 8, 2016, Paula made at least six emergency visits to the Clinic for shortness-of-breath and asthma-exacerbation episodes.

20) On the morning of April 8, 2016, she again presented to the Clinic, this time with clear and obvious signs and symptoms of status-asthmaticus and influenza pneumonia -- i.e., emergency life-threatening respiratory conditions which, if not properly and adequately diagnosed and treated, can and will result in respiratory failure, cardiac arrest, and death.

21) During her April 8th visit, Paula underwent the care and treatment of Dr. Hemmer.

COMPLAINT
*Collins, et al v. U.S.A.* 4

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com

22) Proper treatment for Paula's condition required aggressive management with intravenous fluids, frequent nebulizer treatment with both albuterol and ipratropium, blood-gas analysis, chest x-rays, close vital sign monitoring, and the capacity for emergency intubation.

23) The Clinic was not sufficiently equipped to provide the attention and expertise necessary to deal with Paula's condition.

24) One or more care-providers at the Clinic recognized that Paula needed to be immediately medevac'd to a properly staffed and equipped facility in Anchorage that could cope with Paula's life-threatening respiratory condition, such as the Alaska Native Medical Center.

25) However, Dr. Hemmer failed to appreciate the true nature and gravity of her condition.

26) Dr. Hemmer overruled the staff's urgings that Paula be immediately medevac'd and instead administered an inappropriate, less-aggressive, futile, and counterproductive course of medications and treatment that went on for several more hours.

27) Finally, on the morning of April 9, 2016 at or around 5:35 a.m., as a result of Paula's grave condition, a United States Coast Guard helicopter was summoned to medevac Paula to Anchorage.

28) By then, however, it was too late.

COMPLAINT
*Collins, et al v. U.S.A.*         5

29) During the flight, Paula suffered a cardiac arrest.

30) Upon her arrival at Providence Medical Center's Emergency Department in Anchorage, she was pulseless.

31) Providence personnel did manage to resuscitate her and transfer her to its Intensive Care Unit.

32) Although Paula survived for another two days, she expired on April 11, 2016, as alleged.

33) Having undergone cardiac arrest during the medevac flight, she had sustained a significant hypoxic brain injury and ultimately, brain death.

34) Her causes of death were listed as anoxic encephalopathy, influenza pneumonia, renal failure, and shock.

### First Cause of Action –
### Negligence; Medical Malpractice

35) Paula's respiratory conditions posed a clear and mortal threat if not promptly and properly treated by competent specialists with the aid of adequate instrumentation, facilities, and procedures, which the Clinic in Chenega Bay did not have and could not provide.

36) Dr. Hemmer breached applicable standards of care in a number of ways, including, but not limited to: (a) failing to assess and diagnose Paula's true condition and its gravity; (b) overruling staff's urgings and suggestions that Paula

COMPLAINT
*Collins, et al v. U.S.A.* 6

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com

be immediately medevac'd to a better equipped and more suitable facility in Anchorage; (c) administering a futile and counterproductive course of medications that worsened Paula's condition, and; (d) pursuing a course of treatment at Chenega Bay that worsened her condition and foreclosed her opportunity for a timely evacuation to more suitable and better equipped care facilities in Anchorage.

37) Said breaches in the standards of care constituted both negligence and recklessness under AS 09.55.549(f).

38) The negligence and recklessness alleged herein directly and proximately caused Paula's death.

39) As a direct and proximate result of said negligence and recklessness, plaintiffs have suffered both economic- and non-economic losses, past and future, including but not limited to: Paula's pre-death pain and suffering; Paula's loss of future earnings and non-market services; medical and funeral expenses; future subsistence losses; emotional distress and psychological injuries; loss of their mother's contributions for support; loss of their mother's assistance and services; loss of their mother's training, education and parental guidance, and; loss of parental consortium.

40) Defendant is liable to plaintiffs for negligence and recklessness herein in excess of $100,000.00, the exact amount to be proved at trial.

COMPLAINT
*Collins, et al v. U.S.A.* 7

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska 99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com

WHEREFORE, plaintiffs pray for judgment as follows:

1. For compensatory damages in their favor against defendant United States of America, as alleged;

2. For costs and attorney's fees, as appropriate;

3. For such other relief as the court may deem just and proper.

DATED this 19th day of September, 2018 at Anchorage, Alaska.

LAW OFFICES OF DAVID HENDERSON
Attorney for Plaintiffs


s/ David Henderson
David Henderson  #9806014

VALCARCE LAW OFFICE
Attorney for Plaintiffs


s/ Jim Valcarce
Jim Valcarce  #9505011

COMPLAINT
*Collins, et al v. U.S.A.*                  8

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska  99503
Phone: (907) 677-1234
Facsimile: (888) 965-9338
dh@henderson-law.com